UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| K & S ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-01108 |
| | ) JUDGE HAYNES |
| | ) |
| AMERICAN ASSOCIATION OF | ) |
| PHYSICISTS IN MEDICINE | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to dismiss (Docket Entry No. 26) is **DENIED**. The Defendant has twenty-one (21) days from the entry of this Order to file a response to Plaintiff's amended complaint.

It is so **ORDERED**.

**ENTERED** this the 26 day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge