UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| K & S ASSOCIATES, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-01108 |
| | ) | JUDGE HAYNES |
| | ) | |
| AMERICAN ASSOCIATION OF | ) | |
| PHYSICISTS IN MEDICINE | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to compel (Docket Entry No. 36) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 26th day of January, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge