UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
K & S ASSOCIATES, INC.,         )
                                )
        Plaintiff,              )
                                )
    v.                          )   NO.  3:09-1108
                                )   Judge Sharp/Bryant
AMERICAN ASSOCIATION OF         )
PHYSICISTS IN MEDICINE,         )
                                )
        Defendant.              )
```

**O R D E R**

The District Judge has set this matter for a nonjury trial on February 5, 2013, with a final pretrial conference on January 18, 2013 (Docket Entry Nos. 131 and 136). It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge