UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| K & S ASSOCIATES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-1108 |
| | ) | JUDGE SHARP |
| AMERICAN ASSOCIATION OF PHYSICISTS IN MEDICINE, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, the Court FINDS IN FAVOR of Defendant American Association of Physicists in Medicine and AGAINST Plaintiff K & S Associates, Inc. on Plaintiff's antitrust claim for the alleged violation Section 1 of the Sherman Act, 15 U.S.C. §1.

The Agreed Temporary Restraining Order (Docket No. 16) shall remain in full force and effect until the time for filing an appeal has expired, or the appeal has been concluded.

The Clerk of the Court shall enter judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE